**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| AUTHENTIXX LLC, | § | |
| *Plaintiff*, | § | |
| v. | § | Case No. 2:25-cv-00648-JRG-RSP |
| UVATION, LLC, | § | |
| *Defendant*. | § | |
| | § | |

**ORDER**

Pursuant to Federal Rule of Civil Procedure 4(m), the Court "must dismiss the action without prejudice against that defendant or order that service be made within a specified time" if a defendant is not served within 90 days after the complaint is filed. Plaintiff does not represent that it has served Defendant. The docket as to this case indicates that 90 days have passed since filing and the Defendant has not been served.

Accordingly, the Court **ORDERS** Plaintiff to do one of the following within fourteen (14) days of this Order: (i) file evidence showing that the Defendant has been properly served heretofore; (ii) serve Defendant and file evidence showing the same; or (iii) file a notice dismissing the above-captioned case. If none of these actions are taken, the Court will dismiss the case pursuant to Rule 4(m) after fourteen (14) days from the date of this Order.

**SIGNED this 8th day of July, 2026.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE