**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **Authentixx LLC,** | Case No. 2:25-cv-00648-JRG-RSP |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **Uvation, LLC,** | |
| Defendant. | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby dismisses this action without prejudice. Defendant has not yet answered the Complaint or moved for summary judgment.

Dated: July 9, 2026

Respectfully submitted,

/s/ Isaac Rabicoff
Isaac Rabicoff
Rabicoff Law LLC
4311 N Ravenswood Ave Suite 315
Chicago, IL 60613
7736694590
isaac@rabilaw.com

**Counsel for Plaintiff**
**Authentixx LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on July 9, 2026 via the Court's CM/ECF system.

/s/ Isaac Rabicoff
Isaac Rabicoff